**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Melvin WHITE, Jr., a/k/a G, Defendant—Appellant.**

No. 08–6917.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 23, 2009.

Brian Joseph Kornbrath, Federal Public Defender, Clarksburg, West Virginia, Brian Christopher Crockett, Assistant Federal Public Defender, Martinsburg, West Virginia, for Appellant. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin White, Jr., appeals the district court's order granting in part and denying in part his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. *United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 3:05–cr–00016–JPB–DJJ–1 (N.D.W.Va. May 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*